UNITED STATES of America,
Plaintiff–Appellee,

v.

Sherman LANE, Defendant–Appellant.

No. 09–14938

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 14, 2011.

Donald M. Sheehan, Pensacola, FL, for Defendant–Appellant.

Edwin F. Knight, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BARKETT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Donald M. Sheehan, appointed counsel for Sherman Lane in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lane's conviction and sentence are **AFFIRMED.**